1 David P. Matthews
TX No. 13206200
2 Jason C. Webster
TX No. 24033318
3 **MATTHEWS & ASSOCIATES**
2905 Sackett St.
4 Houston, TX 77098
(713) 522-5250
5 (713) 535-7184 facsimile
Attorneys for Plaintiffs

6

7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10

11

12 IN RE: BEXTRA AND CELEBREX ) **Case No. 06-6442 CRB**
MARKETING SALES PRACTICES AND )
13 PRODUCT LIABILITY LITIGATION ) **MDL NO. 1699**
) **District Judge: Charles R. Breyer**
14 )
)
15 Wanda Montgomery, )
) **STIPULATION AND ORDER OF**
16 Plaintiffs, ) **DISMISSAL WITH PREJUDICE**
)
17 vs. )
)
18 Pfizer Inc., et al. )
Defendants. )
19 )

20
Come now the Plaintiffs, Wanda Montgomery, and Defendants, by and through the
21
undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
22
stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein only with
23
each side bearing its own attorneys' fees and costs.
24

25

26 DATED: Jan. 12, 2010    MATTHEWS & ASSOCIATES

27 By: _____
David P. Matthews
28 *Attorneys for Plaintiffs*

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

DATED: Jan. 12, 2010          DLA PIPER LLP (US)

By: _____
     Michelle W. Sadowsky
     *Attorneys for Defendants*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 1 7 2010

_____
Hon. Charles R. Breyer
United States District Court